UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **New Beginnings Sanctuary, a Missouri not-for-profit corporation, Jaam Properties LLC, a Missouri limited liability company, and Alon Fisch, an individual,**<br><br>　　　　Plaintiffs,<br>v.<br><br>**Kansas City, Missouri,**<br>**A Missouri municipal corporation,**<br><br>　　　　Defendant. | Civil Action No. 23-cv-00262-BP<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL

COMES NOW Plaintiffs, New Beginnings Sanctuary, a Missouri not-for-profit corporation, Jaam Properties LLC, a Missouri limited liability company, and Alon Fisch, an individual, and Defendant, Kansas City, Missouri, A Missouri municipal corporation by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) stipulates to the voluntary dismissal with prejudice of the above-captioned causes of action and claims against Kansas City, Missouri, A Missouri municipal corporation., with each party to pay its own attorney's fees and costs.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**KENNEDY HUNT, P.C.**

　　　　　　　　　　　　　　　　　　　　*/s/ Michelle Faron*
　　　　　　　　　　　　　　　　　　　　Michelle Faron #68058MO
　　　　　　　　　　　　　　　　　　　　Sarah Jane Hunt, #63899MO
　　　　　　　　　　　　　　　　　　　　Kennedy Hunt, P.C.
　　　　　　　　　　　　　　　　　　　　4500 W. Pine Blvd.
　　　　　　　　　　　　　　　　　　　　St. Louis, MO 63108
　　　　　　　　　　　　　　　　　　　　michelle@kennedyhuntlaw.com
　　　　　　　　　　　　　　　　　　　　sarahjane@kennedyhuntlaw.com

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

By: */s/ Tara M. Kelly*
Tara M. Kelly, #64624
Senior Associate City Attorney
414 E. 12th Street, 23rd Floor
Kansas City, Missouri 64106
Tara.kelly@kcmo.org

Attorney for Defendant
City of Kansas City, Missouri

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 10, 2023, I electronically filed this Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system notified all CM/ECF participants of record in this case of that filing.

By: */s/ Michelle Faron*