# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| NEW BEGINNING SANCTUARY, *et al*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) Case No. 23-cv-00262-BP |
| KANSAS CITY, MISSOURI, | )<br>) |
| Defendant. | )<br>) |

### CLERK'S ORDER OF DISMISSAL

On the 10th day of July 2023, the parties herein having filed a Stipulation of Dismissal With Prejudice,

IT IS ORDERED that plaintiffs' complaint is hereby dismissed with prejudice against Defendant Kansas City, Missouri. Each party to bear its own costs and attorneys' fees.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Shauna Murphy-Carr**
Deputy Clerk

Date:   July 10, 2023